# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA<br>*Plaintiff*<br><br>vs.<br><br>(1) Juan Enrique Kramer<br>*Defendant* | § § § § § § § | Case Number: SA:21-CR-00154(1)-FB HJB |

## ORDER RESETTING IN-PERSON MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **12:00 PM, in Courtroom C, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX on Tuesday, July 06, 2021.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **1st day of July, 2021.**

_____
**HENRY J. BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**

CONTINUATION FROM THURSDAY'S HEARING - DEFENDANT'S MOTION FOR BOND (DKT#73)