UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| **vs.** | § | NO:  SA:21-CR-00154(1,2,4)-FB |
| | § | |
| **(1) Juan Enrique Kramer** | § | |
| **(2) Adriana Pastor** | § | |
| **(4) Karina Hernandez** | § | |
| | § | |

## ORDER GRANTING CONTINUANCE AND AMENDING SCHEDULING ORDER

The matter before the Court is Defendant's Unopposed Motion for Continuance filed *October 4, 2021 [# 104]*. After reviewing the motion, it is the opinion of the Court that the trial in this case should be and is continued and makes the following amended schedule:

The deadline for notifying the Court of any **plea agreement** entered into by the parties in this cause is **Friday, December 17, 2021**. No plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

**Docket call AND REARRAIGNMENT AND PLEA remain set** for **Tuesday, January 04, 2022 at 9:00 AM** in Courtroom G on the Third Floor of the United States District Courthouse, 214 West Nueva Street, San Antonio, TX . **(Guilty plea will be taken at docket call – no other order will be sent.)** **DO NOT ASSUME A CONTINUANCE IS GRANTED -- YOU MUST HAVE A SIGNED ORDER BY THE COURT OR HAVE RECEIVED A CALL FROM THE COURTROOM DEPUTY OR COURT STAFF ADVISING OF SAME.**

**Jury selection and trial** remain set for **Tuesday, January 04, 2022 at 09:00 AM** Courtroom 2, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX . Motions to Suppress will be heard immediately prior to jury selection or will be carried with the trial unless otherwise ordered by the Court.

IT IS SO ORDERED this 7th day of October, 2021.

                                                                                                 _____
                                                                                                  FRED BIERY
                                                                                                  UNITED STATES DISTRICT JUDGE