To the honorable Judge Fred Biery

SA-21CR-154

**FILED**
FEB 08 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

I Juan Enrique Kramer Prida
USM 39322509

Would like to dismiss my current Counsel and request a new court appointed attorney.

The reason being is that they have been lying to me, not properly explaining what is going on in my case, and last hearing on February 1st they told me it was a simple continuance hearing, and that no plea was going to be submitted. When I entered the zoom call (that should be recorded) Mr Brown was saying how he had the signed plea in his hands (which he had told me many times before was not going to be filed because it was never clearly explained to me in Spanish, my native language) and practically coerced me into signing a plea I did not agree on and he presented it before the court, your honorary Judge, and before the prosecutors and deputies in the case without my prior knowledge that this was happening on this hearing.

I had to practically beg and insist everyday for my attorney to call the prosecutor and negotiate a better deal for me and he did not manage to get any better deal since his relationship with the prosecutor (Mr Chung in my case) is not the best and that therefore, also hurt my case.

I felt like Mr. Brown only wanted me to sing the plea and get my case over with.

They wated me to pay $50,000 for their representation because when my case started I had a restaurant going, which they were aware of, and when it started to go bad (due to my absence)

and I could not keep paying Mr Brown, he did not keep putting any effort in my case.

He was not thinking of what it entailed for me and my family and the immigration consequences for us. He told me that if signed I would get 40 months maximum never up to a 20 years sentence.

I ask your honorary Judge to please assign me a new Counsel as I do not want to go through with that plea deal that I felt I was coerced into signing and accepting.

I am aware Mr Brown is our second attorney in this case, but after the tiring search for the proper counsel and attorney to represent me, my family and I have exhausted a lot of our time resources, and almost all of the little money we had left in diferent attorneys that have not been able to help us nor deliver substantial results over the last 10 months, (due to all of the immigration aspects of the case and many other obstacles that are out of our control) now we cannot longer afford to keep paying our current attorney Mr Alan Brown.

We (me and my family) have been refereced and recommeded by many to Ms Molly Roth as a government public counsel. We would like to request she represented us in this case since she is aware of our situation and has had other cases similar to mine. I believe she would be a great help, counsel and support for my case.

With all due respect, sincerely

Juan Enrique Kramer Pada

GOD bless you!

Juan Enrique Kramer
34322509
Eden detention Center
702 East Broadway
Eden Texas 76337

RECEIVED
FEB 7 2022
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

Honorary Judge Fred Biery
US District Clerk's office
262 West Nueva St.
San Antonio Texas
78207