# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | §    CRIMINAL NO: |
| vs. | §    SA:21-CR-00154(1)-FB |
| | § |
| (1) Juan Enrique Kramer | § |

## ORDER SETTING HEARING ON MOTION TO WITHDRAW ATTORNEY

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION TO WITHDRAW ATTORNEY** in Courtroom G, on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Tuesday, March 01, 2022 at 11:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 8th day of February, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE