UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ‖ | |
| v. | ‖ | CRIMINAL NO. SA 21 CR 154 FB |
| JUAN ENRIQUE KRAMER (1) | ‖ | |

GOVERNMENT'S SENTENCING MEMORANDUM

TO THE HONORABLE FRED BIERY, UNITED STATES DISTRICT JUDGE:

Now comes the United States, by and through the undersigned Assistant United States Attorney and submits the Government's Sentencing Memorandum for the Court's consideration. Specifically, this memorandum addresses the amount of restitution to be imposed at sentence.

## I. Restitution to Wire Fraud Victims

Defendant Kramer pleaded guilty to Count One – Conspiracy to Commit Wire Fraud – related to a scheme in which he defrauded investors in a line of quesadilla restaurant franchises. As set forth in the Pre-Sentence Report (PSR), defendant Kramer promised investors a fully operable "turn-key" restaurant in return for a set fee. While some investors received nothing whatsoever in return, the majority received at least a leased location and minor construction work done. For restitution purposes, any value or refund actually received by the victims is required to be offset against amount that provided to Kramer.

The Government has attempted to account for the value of refunds and services actually provided in the attached exhibit. Exhibit 1 – Total Restitution. The method for calculation was to take the sales amount paid by each victim, and first deduct any refunds. In instances where the victim received nothing at all, the entire sales amount was included. In instances where the victim paid additional funds to complete the restaurant, this amount of additional expenditure

1

was counted as the amount of actual loss. The final calculation using this method was $1,171,497. It should be noted that this amount does NOT include or double count the amount paid as commissions to co-defendants Noel Olguin and Karina Hernandez, as those were either paid separately or already deducted from the total. This total amount of restitution should therefore be imposed solely on defendant Kramer.

II.     **Restitution to the Internal Revenue Service**

Defendant Kramer also pleaded guilty to Count Seven – Failure to File a Federal Tax Return. As calculated by the Internal Revenue Service (IRS), the total tax loss resulting from defendant's actions for tax years 2016, 2017, and 2018 is $727,936.42. Exhibit 2. This is the same amount attributable to his spouse, co-defendant Adriana Pastor. See Adrian Pastor PSR, ECF No. 174, at ¶ 16. The judgement should thus impose joint and severable liability for that amount to the IRS for Defendants Kramer and Pastor.

                                      Respectfully submitted,

                                      ASHLEY C. HOFF
                                      United States Attorney

                                      _____/S_____
                                      JUSTIN CHUNG
                                      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing will be filed via the ECF document filing system which will transmit a copy to all parties of record on October 17, 2022.

_____/S/_____
JUSTIN CHUNG
Assistant United States Attorney